

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00221-CR

Andrew Douglas **BRIGHAM,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11698
Honorable Ron Rangel, Judge Presiding

# O R D E R

The State's brief was due on October 29, 2018. Two days after the due date, the State filed its first motion for a thirty-day extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on November 30, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court